KENNETH ISSERLIS,
WSBA #13819
Lee & Isserlis, P.S.
1124 W. Riverside Ave., Suite 200
Spokane, WA 99201
Tel: 509-326-1800 Fax: 509-326-2128
kisserlis@leeisserlis.com

The Honorable Fred Van Sickle

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN CAUDLE, | NO. CV09-00127-FVS |
| Plaintiff, | STIPULATION, RELEASE, ORDER APPROVING SETTLEMENT AND JUDGMENT |
| v. | |
| WASHINGTON STATE UNIVERSITY, | |
| Defendant. | |

## I. STIPULATION AND RELEASE

THIS MATTER has come on regularly before the undersigned judge, the parties to this Stipulated Judgment being Brian Caudle, through his attorneys Kenneth Isserlis and Lee & Isserlis, P.S. and defendant Washington State University, appearing through Robert M. McKenna Attorney General of Washington and Kathryn Battuello, Assistant Attorney General (the individual defendants having previously been dismissed with prejudice). The parties to this case have made a stipulation pursuant to RCW 4.92.150 settling and compromising this action and all claims that were or could have been asserted within, as set forth

below:

**A.    Money to be paid as follows**

Upon receipt of a certified copy of this fully executed Stipulation, Release, Order Approving Settlement and Judgment, and pursuant to the provisions of RCW 4.92.160, the State of Washington shall issue a warrant (check) made payable to Lee & Isserlis, P.S. in trust for plaintiff Brian Caudle in the amount of Fifty One Thousand One Hundred and Four Dollars and Twenty-Five Cents ($51,104.25).

**B.    Release and Hold Harmless Provisions**

1.    For and in consideration of the sum of Fifty One Thousand One Hundred and Four Dollars and Twenty-Five Cents ($51,104.25), plaintiff Brian Caudle or any other successors in interest, hereby releases and forever discharges the STATE OF WASHINGTON and its officers, agents, employees, agencies and departments from any and all existing and future claims, damages and causes of action of any nature whatsoever, known or unknown, arising out of occurrences, or events described in or arising out of those described in, or which were or could have been asserted in, plaintiff Brian Caudle's lawsuit filed on or about April 23, 2009 in the U.S. District Court for the Eastern District of Washington against the State of Washington (Washington State University), Elson S. Floyd and R. Max Kirk, under cause of action No. CV09-00127FVS

2.    Brian Caudle further acknowledges that any liens, subrogated interests, or outstanding medical bills relating to any aspect of Brian Caudle's claims or alleged damages are Brian Caudle's sole and separate obligation and shall

be resolved by Brian Caudle; the parties released as set forth in the preceding paragraph shall have no liability for any such liens, interest, or bills.

3. Brian Caudle or his marital community if any, is/are solely responsible for payment of any State and Federal taxes, if any, incurred as a result of the monetary payment specified in this Release, which shall be made in a lump sum and which shall be documented by issuance of an IRS form 1099 reporting said payment to the IRS.

4. Brian Caudle is and has been represented by his own attorneys in this matter. Brian Caudle declares that he has completely read the terms of this Stipulation, Release, Order Approving Settlement and Judgment and the Stipulation and Order Dismissing Individual Defendants, and further declares that he fully understands and voluntarily accepts all terms of the Release and settlement generally for the purpose of making a full and final compromise, adjustment and settlement of any and all claims, disputed or otherwise and without any admissions of liability by the parties herein released.

5. The parties agree to the entry of an order, entered before this final stipulated judgment, which order dismisses, without costs and with prejudice, claims that were or could have been asserted against the individual defendants, Elson S. Floyd and R. Max Kirk, in any capacity identified in the action (Cause No. CV09-00127FVS); the parties further agree to the reformation of the action's caption as set forth in the Stipulation and Order Dismissing Individual Defendants.

6. This Stipulation, Release, Order Approving Settlement and Judgment

1  and the Stipulation and Order Dismissing Individual Defendants, contain the entire

2  and final agreement between Brian Caudle and the parties herein released,

3  supersede and replace and any all prior agreements by and between the parties

4  hereto, and shall be construed and interpreted in accordance with the laws of the

5  State of Washington.

6

7  **C.    Certification that Action and Claims Have Been Settled Per RCW 4.92.160**

8

9      Entry of this Stipulation, Release, Order Approving Settlement and

10  Judgment shall be deemed certification, by the President of Washington State

11  University, that this action and plaintiff's claims that were or could have been

12  asserted therein, as set forth in the above release, have been settled.

13

14               **II.    ORDER APPROVING SETTLEMENT**

15      It appears to the Court, after a review of the files and records herein, that the

16  sum of Fifty One Thousand One Hundred and Four Dollars and Twenty-Five Cents

17  ($51,104.25) represents a proper and just amount of settlement to be paid by the

18  defendant, State of Washington (Washington State University), to the plaintiff,

19  Brian Caudle.

20

21                        **III.    JUDGMENT**

22      IT IS HEREBY ORDERED that the plaintiff, Brian Caudle, shall have

23  judgment against the defendant, Washington State University, for the sum of Fifty

24  One Thousand One Hundred and Four Dollars and Twenty-Five Cents

25  ($51,104.25).

26

1    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that neither

2  party shall recover costs nor interest herein.

3    IT IS STILL FURTHER ORDERED, ADJUDGED AND DECREED that,

4  as noted above, upon receipt of a certified copy of this fully executed Stipulation,

5

6  Release, Order Approving Settlement and Judgment the defendant, University of

7  Washington, shall provide to Lee & Isserlis, P.S. in trust for plaintiff Brian Caudle,

8  a warrant or check in the amount of Fifty One Thousand One Hundred and Four

9  Dollars and Twenty-Five Cents ($51,104.25).  Upon the receipt by Lee & Isserlis,

10
   P.S. of the funds this judgment shall be deemed satisfied in full and, in any event,
11

12 the plaintiff, Brian Caudle, agrees to file within ten (10) business days of receipt by

13 Lee & Isserlis, P.S., a Satisfaction of Judgment indicating that judgment has been

14 satisfied in full.

15    ENTERED this _____ day of _____, 20 ____
                    30th            December              09

16

17                      s/ Fred Van Sickle

18                    THE HONORABLE FRED VAN SICKLE

19

20

21

22

23

24

25

26

1  PRESENTED BY:

2  Lee & Isserlis, P.S.

3

4  Kenneth Isserlis, WSBA #13819
   Attorneys for Plaintiff
5

6  Approved as to form and notice
   of presentation waived:
7

8  ROBERT M. MCKENNA
   Attorney General
9

10 Kathryn Battuello, WSBA #13416
11 Assistant Attorney General
   Attorneys for Defendants,
12

13

14

15 Brian Caudle certifies that he has read the foregoing and all of its contents,
   and agrees to the provisions thereof.
16

17 BRIAN CAUDLE
18
   Date: 12/17/09
19

20

21

22

23

24

25

26

STIPULATION, RELEASE, ORDER
APPROVING SETTLEMENT AND
JUDGMENT - NO. CV09-00127FSV

6